(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

FILED
Sep 4 2025
Clerk, U.S. District Court
Western District of Texas

BY: *FM*
**Deputy**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § CASE NUMBER: EP:25-M -04809(1)  MAT |
| vs. | § |
| | § |
| **(1) RAUL ALARCON-BRAVO** | § |
| Defendant. | |

## JUDGMENT IN A CRIMINAL CASE
### Short Form

The defendant, Raul ALARCON-Bravo, was represented by counsel, Luis Gutierrez.

The defendant pled guilty to the Misdemeanor Information on September 4, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | Improper Entry by an Alien | 08/27/2025 |
| 50 USC 797 | Prohibits Willful Violation of Defense Property Security Regulation | 08/27/2025 |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | 08/27/2025 |

As pronounced on September 4, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served**. **All counts to run concurrent.** The defendant shall remain in custody pending service of sentence.

The special assessments imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect these assessments are not likely to be effective.

Signed on this the 4th day of September, 2025.

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE